In the Matter of the Application of the PARKCLIFF COMPANY, INC., Appellant, for a Mandamus Order against JOHN BURDEN, as Commissioner of Buildings of the City of Mount Vernon, Respondent.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ARTHUR H. KIMBLE, Respondent, v. PRUDENTIAL MILK COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

FRANK LOVERA, Respondent, v. ERNESTINE ZIMMERMAN, Appellant.— Order denying motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FILIPPO MACCHIAVERNA, Suing for Himself as Stockholder, and All Other Stockholders of the CAMPANIA REAL ESTATE COMPANY in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. CAMPANIA REAL ESTATE COMPANY and Others, Appellants, and HERMAN GAHREN and CLARENCE COHEN, as Executors, etc., of CHARLES GAHREN, Deceased, Defendants.— Order denying motions to dismiss complaint affirmed, without costs, with leave to answer within ten days from the entry of the order herein. Order denying motions to strike out certain matter from the complaint reversed upon the law and the facts, without costs, and motion granted to the extent of striking out the 7th paragraph thereof. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORTGAGE CORPORATION, Appellant.— Resettled order denying motion to strike out certain paragraphs of the complaint affirmed, in so far as appealed from, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. In our opinion the denial of the motion was a proper exercise of discretion. The trial court may determine the proper measure of damage when the facts are disclosed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOHN J. O'NEILL, as Administrator ad Prosequendum of the Goods, Chattels and Credits of HELEN MARIE O'NEILL, Deceased, Respondent, v. CITY OF PORT JERVIS and ISAAC COHEN, Appellants, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

PHILADELPHIA NATIONAL BANK, Successor to THE PHILADELPHIA GIRARD NATIONAL BANK, Plaintiff, v. ALBERT T. McALLISTER, Doing Business under the Firm Name and Style of A. T. McALLISTER & Co., Respondent, and R. S. DICKSON & COMPANY, INC., Appellant.— Order denying motion to vacate order making R. S. Dickson & Company, Inc., a party defendant and to set aside service of supplemental complaint affirmed, with ten dollars costs and disbursements; R. S. Dickson & Company, Inc., to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.